DATE:  December 6, 2022


       The following cases in which the Court of Appeals issued published opinions have been appealed to the Supreme Court:

1.  Diallo Olumnminji Turner
    v. Commonwealth of Virginia
    Record No. 1103-21-2
    Opinion rendered by Judge Beales on
    September 20, 2022

2.  Devonza A. Johnson, s/k/a, etc.
    v. Commonwealth of Virginia
    Record No. 1122-21-3
    Opinion rendered by Judge Raphael on
    September 20, 2022

3.  Craig Carnell Maryland
    v. Commonwealth of Virginia
    Record No. 0254-22-2
    Opinion rendered by Judge White on
    September 20, 2022

4.  Eva Carol Belcher
    v. Commonwealth of Virginia
    Record No. 0945-21-3
    Opinion rendered by Judge Friedman on
    September 27, 2022

5.  Danjuan Antonio McBride
    v. Commonwealth of Virginia
    Record No. 1354-21-4
    Opinion rendered by Judge Lorish on
    October 4, 2022

6.  Andrew Joseph Haefele
    v. Commonwealth of Virginia
    Record No. 0508-21-2
    Opinion rendered by Judge Beales on
    October 18, 2022

7.  Anthony Patrick Washington
    v. Commonwealth of Virginia
    Record No. 1256-21-2
    Opinion rendered by Chief Judge Decker on
     October 18, 2022

The following case in which the Court of Appeals issued a  published opinion has been disposed of by the Supreme Court:

1. Gregory Leon Hammer
    v. Commonwealth of Virginia
   Record No. 0819-20-3
    Opinion rendered by Judge Raphael
     on January 18, 2022
      Refused (220169)